IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE F. PORTO-SIERRA,
    Plaintiff,

vs.                      Case No.: 3:20cv5397/LAC/EMT

FRIENDLY MOTEL AND INN, et al.,
    Defendants.
_____/

## O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on May 4, 2020 (ECF No. 6). The court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.  The clerk of court is directed to transfer this case to the United States District Court for the Middle District of Florida and close the case in the Northern District.

**DONE AND ORDERED** this 2nd day of June, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5397/LAC/EMT